# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS QUINN BLAIR, JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>L. PANTOJA, et al.,<br><br>   Defendants. | Case No. 1:23-cv-00574-SAB (PC)<br><br>ORDER DEEMING FIRST AMENDED COMPLAINT TIMELY AND PROPERLY BEFORE COURT FOR SCREENING<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AS MOOT<br><br>(ECF Nos. 8, 11, 12) |

Plaintiff Marcus Quinn Blair, Jr. is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 10, 2023, the Court screened Plaintiff's complaint and granted Plaintiff leave to file an amended complaint or notify the Court of intent to proceed on claims found to be cognizable. On June 12, 2023, Plaintiff filed a motion for a forty-five (45) day extension of time to respond to the screening order. On June 14, 2023, the Court granted the motion in part, and granted a thirty (30) day extension of time to respond.

On July 18, 2023, Plaintiff filed a first amended complaint. (ECF No. 11.) On the same date, Plaintiff also filed a motion for leave to file the first amended complaint. (ECF No. 12.)

The Court's screening order issued May 10, 2023, already provided Plaintiff leave to file an amended complaint. Therefore, Plaintiff was not required to request leave to amend. Allowing for time for mailing, to the extent the first amended complaint was filed one day late,

the Court grants Plaintiff an extension of time to file the amended complaint, and the first amended complaint shall be deemed timely and properly before the Court for screening.

Therefore, **Plaintiff is informed he does not need to take any other action at this time**, and the Court shall proceed to screen the first amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint (ECF No. 12), is DENIED as MOOT, as Plaintiff already has authorization to file an amended complaint; and

2. Plaintiff's first amended complaint filed July 18, 2023, (ECF No. 12), is DEEMED timely and properly before the Court for screening.

IT IS SO ORDERED.

Dated:  **July 19, 2023**

UNITED STATES MAGISTRATE JUDGE