1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   MARCUS QUINN BLAIR, JR.,                    No.  1:23-cv-00574-NODJ-SAB

12               Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS REGARDING
13          v.                                   DISMISSAL OF CERTAIN CLAIMS AND
                                                 DEFENDANTS
14   L. PANTOJA, et al.,
                                                 (ECF No. 17)
15               Defendants.

16

17          Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant

18   to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28

19   U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 19, 2023, the assigned Magistrate Judge issued findings and recommendations

21   recommending that this action proceed against Defendants Pantoja, Barcena, and the unidentified

22   "Doe" officers for excessive force and against Defendants Ybarra, Gentry and Gaines for failure

23   to protect in violation of the Eighth Amendment.  (ECF No. 17.)  The Magistrate Judge also

24   recommended that all other claims and Defendants be dismissed from the action for failure to

25   state a cognizable claim for relief.  (*Id.*)

26          The Court served the findings and recommendations on Plaintiff and notified him that any

27   objections had to be filed within 14 days after service and that the failure to file timely objections

28   /////

                                                  1

may result in a waiver of rights on appeal.  (*Id*. at 2), citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Plaintiff did not file objections, and the deadline to do so has expired.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations issued on October 19, 2023 (ECF No. 17) are adopted in full;

2.    This action shall proceed against Defendants Pantoja, Barcena, and the unidentified "Doe" officers for excessive force and against Defendants Ybarra, Gentry and Gaines for failure to protect in violation of the Eighth Amendment;

3.    All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and

4.    This action is referred back to the Magistrate Judge for further proceedings.

DATED:  January 8, 2024.

CHIEF UNITED STATES DISTRICT JUDGE