UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS QUINN BLAIR, JR., <br><br> Plaintiff, <br><br> v. <br><br> L. PANTOJA, et al. <br><br> Defendant. | No.  1:23-cv-00574-KES-SAB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING DEFENDANT GAINES FROM ACTION WITHOUT PREJUDICE <br><br> Doc. 28 |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2024, the court ordered that the first amended complaint be served electronically on defendants.  Doc. 20.  On February 14, 2024, the California Department of Corrections and Rehabilitation issued a notice of intent to not waive service as to defendant Gaines with a notation "unable to identify."  Doc. 23.  Thereafter, service of process was forwarded to the United States Marshals Service.  On February 23, 2024, the United States Marshal returned the summons unexecuted with a notation that the Marshal "[r]eached out to LitCo for assistance identifying Sgt. Gaines.  LitCo states they're unable to identify a Sgt. Gaines.

Return unexecuted." Doc. 24.  On February 26, 2024, the court issued an order to show cause why Gaines should not be dismissed from this action for failure to serve process.  Doc. 25. Plaintiff failed to respond to the order to show cause.  *See* docket.  More than 90 days have passed since the screening of the complaint.  *See* Rule 4(m).

On April 8, 2024, the assigned magistrate judge issued findings and recommendations, recommending dismissal of Gaines pursuant to Federal Rule of Civil Procedure 4(m).  Doc. 28. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  *Id.* at 3.  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on April 8, 2024, Doc. 28, are adopted in full;
2. Pursuant to Federal Rule of Civil Procedure 4(m), defendant Gaines is dismissed without prejudice; and
3. The Clerk of the Court is directed to correct the docket to terminate defendant Gaines.

IT IS SO ORDERED.

Dated:   August 8, 2024

UNITED STATES DISTRICT JUDGE