# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS QUINN BLAIR,<br><br>Plaintiff,<br><br>v.<br><br>L. PANTOJA, et. al,<br><br>Defendants. | Case No. 1:23-cv-0574-KES-SAB (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 32) |

The Court conducted a settlement conference in this action on August 21, 2024, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **August 21, 2024**          /s/ *Barbara A. McAuliffe*          _
                                        UNITED STATES MAGISTRATE JUDGE

1