UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS QUINN BLAIR, JR., <br><br> Plaintiff, <br><br> v. <br><br> L. PANTOJOA, et al. <br><br> Defendants. | No.  1:23-cv-00574-KES-SAB (PC) <br><br> ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MARCUS QUINN BLAIR, JR., CDCR NO. V-12869 <br><br> (ECF No. 28) |

A settlement conference in this matter commenced on August 21, 2024.  Inmate Marcus Quinn Blair, Jr., CDCR No. V-12869 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 21, 2024**           /s/ Barbara A. McAuliffe         _
UNITED STATES MAGISTRATE JUDGE

1